

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2024

No. 04-24-00139-CV

**IN RE CITY OF LAREDO**

Original Proceeding[1]

**ORDER**

On February 26, 2024, relator filed a petition for writ of mandamus arguing the trial court had failed to rule on its plea to the jurisdiction. On July 15, 2024, the trial court ruled on the relator's plea to the jurisdiction. On July 16, 2024, real party in interest moved to dismiss this original mandamus proceeding. Relator filed a response requesting the dismissal of this proceeding. Accordingly, we DISMISS the petition for writ of mandamus.

All pending motions are DENIED as moot.

It is so **ORDERED** on July 24, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023CVF001029, styled *Ramiro Rodriguez vs. City of Laredo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.